**FILED: 4/5/11**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, INC., et al.,<br><br>    Defendants. | Case No. 2:10-cv-08940-GHK-MAN<br><br>[~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler, and defendants Office Depot, Inc. dba Office Depot #2324 and Rexco Magnolia, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:   4/5/11

_____
United States District Court Judge